BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AJIT KAUR, et al. | No. 2:12-cv-1274 GEB GGH |
| Plaintiffs, | JOINT STIPULATION AND [PROPOSED] ORDER RE: ABEYANCE. |
| v. | |
| Eric Holder, et al. | |
| Defendants. | |

   This is an immigration case in which plaintiffs have challenged the denial of their applications for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. The parties therefore stipulate that the matter be held in abeyance pending any new decision from CIS, and that the time for the filing both the government's answer to the complaint and the joint status report be extended to October 15, 2012.

DATED: JULY 13, 2012         Respectfully submitted,
                             BENJAMIN B. WAGNER
                             United States Attorney

                              /s/ Audrey B. Hemesath
                             Audrey B. Hemesath
                             Assistant U.S. Attorney

                             /s/ Robert Louis Volz
                             Robert Louis Volz
                             Attorney for Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is held in abeyance and the time for filing the answer and joint status report is extended until October 15, 2012.

IT IS SO ORDERED.

Dated: July 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge