1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9  AJIT KAUR, et al.                    )   No. 2:12-cv-1274 GEB GGH
                                         )
10                                       )   JOINT STIPULATION AND [PROPOSED]
        Plaintiffs,                      )   ORDER RE: ABEYANCE.
11                                       )
     v.                                  )
12                                       )
   Eric Holder, et al.                   )
13                                       )
        Defendants.                      )
14                                       )

15     This is an immigration case in which plaintiffs have challenged the denial of their

16 applications for adjustment of status by U.S. Citizenship and Immigration Services (CIS).  The

17 parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter

18 at the administrative level.  The parties therefore stipulate that the matter be held in abeyance

19 pending any new decision from CIS, and that the time for the filing both the government's

20 answer to the complaint and the joint status report be extended to October 15, 2012.

21

22 DATED: JULY 13, 2012            Respectfully submitted,
                                   BENJAMIN B. WAGNER
23                                 United States Attorney

24                                  /s/ Audrey B. Hemesath_____
                                   Audrey B. Hemesath
25                                 Assistant U.S. Attorney

26                                 /s/ Robert Louis Volz
                                   Robert Louis Volz
27                                 Attorney for Plaintiffs

28

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is held in abeyance and the time for filing the answer and joint status report is extended until October 15, 2012.

IT IS SO ORDERED.

Dated: July 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge