BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJIT KAUR, et al. | No. 2:12-cv-1274 GEB AC |
| Plaintiffs, | JOINT STIPULATION AND [PROPOSED] ORDER RE: CONTINUE ABEYANCE. |
| v. | |
| Eric Holder, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the denial of their applications for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The case is currently in abeyance as the plaintiffs pursue nunc pro tunc asylum applications. Plaintiffs have recently been interviewed in conjunction with these applications, and adjudication is expected shortly. Accordingly, the parties agree that good cause exists to continue to hold the case in abeyance pending an administrative resolution to the matter. Accordingly, the parties stipulate to an additional abeyance period of 90 days, and will file a joint status report by June 4, 2013. All other filing deadlines are suspended until that time.

Dated: February 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-1-

1
2   DATED: February 12, 2013                Respectfully submitted,
                                            BENJAMIN B. WAGNER
3                                           United States Attorney

4                                            _/s/ Audrey B. Hemesath_____
                                            Audrey B. Hemesath
5                                           Assistant U.S. Attorney

6                                           /s/ Robert Louis Volz
                                            Robert Louis Volz
7                                           Attorney for Plaintiffs

8

9

10                                          ORDER

11       Pursuant to this Joint Stipulation and, good cause having been shown, IT IS HEREBY
    ORDERED the matter is held in abeyance.  The parties shall file a joint status report by June 4,
12  2013.
         IT IS SO ORDERED.
13  DATED:_____
                                            _____
14                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28