BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJIT KAUR, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC HOLDER, et al.<br><br>    Defendants. | No. 2:12-cv-1274 TLN AC<br><br>JOINT STIPULATION AND ORDER RE: CONTINUE ABEYANCE. |

This is an immigration case in which plaintiffs have challenged the denial of their applications for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The nunc pro tunc asylum applications have been approved, and plaintiffs' applications to adjust status have been reopened. Adjudication on the reopened adjustment of status applications is expected shortly. Accordingly, the parties agree that good cause exists to continue to hold the case in abeyance pending an administrative resolution to the matter. Accordingly, the parties stipulate to an additional abeyance period of 90 days, and will file a joint status report by September 4, 2013. All other filing deadlines are suspended until that time.

DATED: June 4, 2013

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney

/s/ Robert Louis Volz
Robert Louis Volz
Attorney for Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and, good cause having been shown, IT IS HEREBY ORDERED the matter is held in abeyance. The parties shall file a joint status report by September 4, 2013.

IT IS SO ORDERED.

DATED:      June 4, 2013

Troy L. Nunley
United States District Judge