1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA**
8

9  AJIT KAUR, et al.                    )    No. 2:12-cv-1274-TLN- AC
                                         )
10                                       )    JOINT STIPULATION AND ORDER RE:
       Plaintiffs,                       )    DISMISSAL
11                                       )
       v.                                )
12                                       )
   ERIC HOLDER, et al.                   )
13                                       )
       Defendants.                       )
14                                       )

15   This is an immigration case in which plaintiffs challenged the denial of their applications for

16 adjustment of status by U.S. Citizenship and Immigration Services (CIS). The case has been held

17 in abeyance as the plaintiffs pursue nunc pro tunc asylum applications. On June 11, 2013, the

18 plaintiffs' applications for adjustment of status were approved. Accordingly, the parties now

19 stipulate to dismissal of this lawsuit, each side to bear its own costs of litigation.

20

21 DATED: July 19, 2013                    Respectfully submitted,
                                           BENJAMIN B. WAGNER
22                                         United States Attorney

23                                          /s/ Audrey B. Hemesath_____
                                           Audrey B. Hemesath
24                                         Assistant U.S. Attorney

25                                         /s/ Robert Louis Volz
                                           Robert Louis Volz
26                                         Attorney for Plaintiffs

27

28

-1-

1
2                                    <u>ORDER</u>
3
4        Pursuant to this Joint Stipulation, the case is dismissed.
5        IT IS SO ORDERED.
6   DATED:      July 29, 2013
7
8                                              _____
                                               Troy L. Nunley
9                                              United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28