BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJIT KAUR, et al. | No. 2:12-cv-1274-TLN- AC |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| ERIC HOLDER, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs challenged the denial of their applications for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The case has been held in abeyance as the plaintiffs pursue nunc pro tunc asylum applications. On June 11, 2013, the plaintiffs' applications for adjustment of status were approved. Accordingly, the parties now stipulate to dismissal of this lawsuit, each side to bear its own costs of litigation.

DATED: July 19, 2013               Respectfully submitted,
                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   _/s/ Audrey B. Hemesath_____
                                   Audrey B. Hemesath
                                   Assistant U.S. Attorney

                                   /s/ Robert Louis Volz
                                   Robert Louis Volz
                                   Attorney for Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation, the case is dismissed.

IT IS SO ORDERED.

DATED: July 29, 2013

_____
Troy L. Nunley
United States District Judge